NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BABY TREND, INC., DENNY TSAI, BETTY TSAI,**
*Appellants*

**v.**

**WONDERLAND NURSERYGOODS CO., LTD.,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2309

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00842.

---

**JUDGMENT**

---

R. TREVOR CARTER, Faegre Drinker Biddle & Reath LLP, Indianapolis, IN, for appellants.  Also represented by REID E. DODGE, ANDREW M. MCCOY; JOEL SAYRES, Denver, CO.

GREGORY A. CASTANIAS, Jones Day, Washington, DC, for appellee.  Also represented by JOHN MARLOTT, Chicago, IL; JOSHUA R. NIGHTINGALE, Pittsburgh, PA.

MAUREEN DONOVAN QUELER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor.  Also represented by SARAH E. CRAVEN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 17, 2020     /s/ Peter R. Marksteiner
     Date                    Peter R. Marksteiner
                            Clerk of Court